UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YIYU LIN,<br><br>    Plaintiff,<br><br>v.<br><br>CGIT SYSTEMS, INC.<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:20-CV-11051-MBB<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS**
**COUNTS I, II, AND III OF THE COMPLAINT**

Defendant CGIT Systems, Inc. ("CGIT") moves this Court to dismiss Counts I, II, and III for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).[1] In support of this Motion, the CGIT directs the Court to the Memorandum of Law in Support of Its Motion to Dismiss filed herewith, and to any additional arguments to be properly presented in support of the requested relief in this motion.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests oral argument on this Motion.

                              THE DEFENDANT,

                              CGIT SYSTEMS, INC.,

                              BY ITS ATTORNEY,

                              /s/ John E. (Jed) DeWick

---

[1] Although CGIT denies and disputes that it has violated M.G.L. c. 149, § 148C as alleged in Count IV of the Complaint, and it fully intends to defend against such claim, CGIT's Motion to Dismiss does not address that count.

        John E. (Jed) DeWick, Esq. (BBO# 654723)
        jdewick@arrowoodllp.com
        Arrowood, LLP
        10 Post Office Square, 7th Floor South
        Boston, MA 02109
        Phone: (617) 849-6200
        Fax: (617) 849-6201

Dated: June 26, 2020

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

I hereby certify that I conferred with opposing counsel on June 25, 2020 in an attempt to resolve or narrow the issues raised herein.

        /s/ John E. (Jed) DeWick
        John E. (Jed) DeWick

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) or sent by first-class mail to any persons presently indicated as non-registered participants on this date.

        /s/ John E. (Jed) DeWick
        John E. (Jed) DeWick, (BBO # 654723)
        June 26, 2020