UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YIYU LIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No.: 1:20-CV-11051-<br>CGIT SYSTEMS, INC. )<br>)<br>Defendant )<br>) | |

## CGIT SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant CGIT Systems, Inc. ("CGIT") builds custom equipment used in the electrical grid. It denied Plaintiff's request to work remotely in March 2020, and terminated his employment when he refused to report to work thereafter. Plaintiff brought claims for discrimination on the basis of disability, national origin, and age, as well as a claim for retaliation for use of earned sick time. As is stated in greater detail in CGIT's Memorandum in Support of Motion For Summary Judgment filed herewith, CGIT is entitled to summary judgment against Plaintiff on the grounds that: he is not disabled under the law, and therefore, not entitled to a work accommodation; denial of his work from home request was not an adverse employment action; there is no evidence to support that his work from home request was denied or his termination were the result of discriminatory animus; and the undisputed reason for his termination was his refusal to report to work in the face of a clear instruction to do so. Since Plaintiff cannot demonstrate a triable issue with respect to any of his claims, CGIT is entitled to summary judgment.

### REQUEST FOR ORAL ARGUMENT

CGIT hereby requests that oral argument be held before this Court on its motion.

Respectfully submitted,

CGIT SYSTEMS, INC.,

BY ITS ATTORNEYS,

*/s/ Jed DeWick*
John E. (Jed) DeWick (BBO# 654723)
jdewick@arrowoodllp.com
Sarah E. A. Sousa (BBO# 691089)
ssousa@arrowoodllp.com
Arrowood, LLP
10 Post Office Square, 7th Floor South
Boston, MA 02109
Phone: (617) 849-6200/Fax: (617) 849-6201

Dated: December 12, 2022

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned certifies that the parties conferred and were not able to narrow or resolve their dispute.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jed DeWick*
John E. (Jed) DeWick, (BBO # 654723)